ACCEPTED
12-15-00166-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/30/2015 1:53:25 PM
Pam Estes
CLERK

## NO. 12-15-00166-CR

ON APPEAL FROM THE 217th JUDICIAL DISTRICT COURT IN
ANGELINA COUNTY, TEXAS
CAUSE NO. 2014-0496

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/30/2015 1:53:25 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| **SAMUEL LANCASTER IV** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

RECEIVED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/30/2015 1:53:25 PM
PAM ESTES
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Samuel Lancaster IV, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 217th District Court of Angelina County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Samuel Lancaster IV, and numbered 2014-0496. Appellant was convicted of Evading Arrest in Count I and Possession of Marijuana in Count II.

4. Appellant was assessed a sentence of Eight (8) years in Texas Department of Criminal Justice Institutional Division in Count One and Two (2) years in Texas Department of Criminal Justice Institutional Division in Count Two on May 15, 2015.

5. Notice of appeal was given on June 10, 2015.

6. The clerk's record was filed on July 28, 2015 and a supplemental

clerk's record was filed on August 6, 2015; the reporter's record was filed on July 15, 2015.

7.     The appellate brief was presently due on September 28, 2015.

8.     Appellant requests an extension of time of thirty (30) days from the current due date.

9.     One extension to file the brief has been received in this cause.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

After a series of health issues, counsel was briefly hospitalized. Counsel has returned to work and has been able to review the records but will need additional time to finish writing the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

 */s/John D. Reeves*
_____
John D. Reeves
Attorney at Law
1007 Grant
Lufkin, Texas 75901
Phone (936) 632-160
Fax: (936) 632-1640
tessabellus@yahoo.com
SBOT # 16723000
Counsel for Appellant

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1 (5), certify that I, the undersigned conferred with opposing counsel who is not opposed to an extension.

/s/John D. Reeves

_____

John D. Reeves

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time to file Appellant's Brief on this 30th day of September, 2015 forwarded to State's Attorney, April Ayers-Perez, Angelina County, by electronic service at aperez@angelinacounty.net.

/s/John D. Reeves

_____

John D. Reeves
Attorney for Appellant,
Samuel Lancaster IV